UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliancer with D.N.J. LBR 9004-2(c)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for M&T Bank, servicer for Lakeview Loan Servicing, LLC

In Re:
Paula S Benitez aka Paula S Benitez-Duprey
                            Debtor



**Order Filed on March 6, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.: 17-23572-SLM

Judge: Stacey L. Meisel

Chapter: 13

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 6, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on September 7, 2017:

Property: 681 East Grand Avenue, Rahway, NJ 07065

Creditor: Lakeview Loan Servicing, LLC

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by M&T Bank, servicer for Lakeview Loan Servicing, LLC, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective ~~January 30, 2018~~ the date of the entry of the Order.