**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliancer with D.N.J. LBR 9004-2(c)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for M&T Bank, servicer for Lakeview Loan Servicing, LLC

In Re:
Paula S Benitez aka Paula S Benitez-Duprey
                        Debtor

Order Filed on March 6, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 17-23572-SLM

Judge: Stacey L. Meisel

Chapter: 13

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 6, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on September 7, 2017:

Property: 681 East Grand Avenue, Rahway, NJ 07065

Creditor: Lakeview Loan Servicing, LLC

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by M&T Bank, servicer for Lakeview Loan Servicing, LLC, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective ~~January 30, 2018~~ the date of the entry of the Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Paula S Benitez  
     Debtor

Case No. 17-23572-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 06, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.  
db           +Paula S Benitez,    681 East Grand Avenue,    Rahway, NJ 07065-5705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:  
       Denise E. Carlon     on behalf of Creditor     LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Donald C. Goins     on behalf of Debtor Paula S Benitez dcgoins1@gmail.com, G25787@notify.cincompass.com  
       Marie-Ann Greenberg     magecf@magtrustee.com  
       Rebecca Ann Solarz     on behalf of Creditor     LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                  TOTAL: 5