# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Paula S. Benitez
aka Paula S. Benitez-Duprey

Case No.: 17-23572

Hearing Date: 04/11/2018

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Opposition to the Trustee's Certification of Default filed by debtor's counsel

**Location of Hearing:** Courtroom No. 3A
US BANRKUTPCY COURT
50 WALNUT STREET
NEWARK, NEW JERSEY 07102

**Date and Time:** 4/11/2018 at 9:00a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 03/08/2018

JEANNE A. NAUGHTON, Clerk

By: Edith Valentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 03/08, 20 18 this notice was served on the following: Debtor, Counsel for Debtor, Trustee

JEANNE A. NAUGHTON, Clerk

By: Edith Valentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Paula S Benitez  
    Debtor

Case No. 17-23572-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 08, 2018  
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.  
db    +Paula S Benitez,   681 East Grand Avenue,   Rahway, NJ 07065-5705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr    +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 21:20:00  
    Synchrony Bank c/o PRA Receivables Management, LLC,   Valerie Smith,   PO BOX 41021,   Norfolk, VA 23541-1021  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:  
    Denise E. Carlon   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Donald C. Goins   on behalf of Debtor Paula S Benitez dcgoins1@gmail.com, G25787@notify.cincompass.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Rebecca Ann Solarz   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 5