Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–23572–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paula S Benitez
   aka Paula S Benitez–Duprey
   681 East Grand Avenue
   Rahway, NJ 07065

Social Security No.:
   xxx–xx–3874

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/24/18 at 09:00 AM

to consider and act upon the following:


*47* – Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 9/24/2018. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) (Greenberg, Marie–Ann)

*49* – Certification in Opposition to Trustee Cert. of Default (related document:47 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 9/24/2018. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) filed by Trustee Marie–Ann Greenberg) filed by Donald C. Goins on behalf of Paula S Benitez. (Goins, Donald)


Dated: 9/14/18


Jeanne Naughton
Clerk, U.S. Bankruptcy Court