Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  17−23572−SLM
                              Chapter:  13
                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paula S Benitez
   aka Paula S Benitez−Duprey
   681 East Grand Avenue
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−3874

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/6/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 6, 2019
JAN: rah

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Paula S Benitez  
      Debtor

Case No. 17-23572-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Mar 06, 2019  
                               Form ID: 148   Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
```
db             +Paula S Benitez,    681 East Grand Avenue,    Rahway, NJ 07065-5705
516918483      Bank Of America, N.A. / FIA Card Service,    6851 Jericho Tpke-Ste 220; P.O. Box 9036,
                 C/O Mullooly, Jeffrey, Rooney & FlynnLLP,    Syosset, NY  11791-9036
516918484      CAPITAL ONE BANK (USA), N.A.,    c/o Lyons, Doughty and Veldhuis,,    136 Gaither Dr Ste 100,
                 Mount Laurel, NJ  08054-1725
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 23:43:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 23:43:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Mar 07 2019 04:03:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 Valerie Smith,    PO BOX 41021,    Norfolk, VA 23541-1021
516918482       EDI: BANKAMER.COM Mar 07 2019 04:03:00      BANK of Ameica,    PO Box 982238,
                 El Paso, TX  79998-2238
517057067       EDI: CAPITALONE.COM Mar 07 2019 04:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516918485       EDI: CHASE.COM Mar 07 2019 04:13:00      Chase Cardmember Services,    PO Box 15153,
                 Wilmington, DE  19886-5153
516918486      +EDI: PHINAMERI.COM Mar 07 2019 04:03:00      GM FINACIAL,    PO BOX 181145,
                 ARLINGTON, TX 76096-1145
516918487       EDI: IRS.COM Mar 07 2019 04:03:00      IRS,    PO Box 37004,    Hartford, CT  06176-7004
517012269       E-mail/Text: camanagement@mtb.com Mar 06 2019 23:43:26      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
516918488       E-mail/Text: camanagement@mtb.com Mar 06 2019 23:43:26      M & T Bank,    PO Box 900,
                 Millsboro, DE  19966-0900
516919293      +EDI: RMSC.COM Mar 07 2019 04:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
```
              Denise E. Carlon     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins     on behalf of Debtor Paula S Benitez dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Kevin Gordon McDonald     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```